

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2016

No. 04-16-00017-CR

James **MOODY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 413867
The Honorable Robert Behrens, Judge Presiding

# O R D E R

On September 6, 2016, we ordered Pat Montgomery, counsel for appellant, to file a copy of his letter to the appellant, James Moody, demonstrating counsel has complied with the requirements of *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). No response or motion for extension of time has been filed. Our records reflect that Mr. Montgomery has been contacted twice about filing proof of his compliance with *Kelly*. Our records show Mr. Montgomery represented to this court he would file a copy of his letter to Moody by September 21, 2016. Mr. Montgomery has not filed a copy of the letter.

We therefore **order** Pat Montgomery to file, **by September 29, 2016**, proof that he has sent a letter to Moody (1) notifying Moody that he has filed an *Anders* brief and motion to withdraw and enclose copies of the documents, (2) informing Moody of his right to review the appellate record and file a pro se brief, (3) informing Moody of his right to file a pro se petition for discretionary review should the court of appeals determine the appeal is frivolous, and (4) showing counsel has "take[n] concrete measures to initiate and facilitate the process of actuating [appellant's] right to review the appellate record, if that is what [appellant] wishes." *Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014); *Ex parte Owens*, 206 S.W.3d 670-74 n. 28 (Tex. Crim. App. 2006); *Meza v. State*, 206 S.W.3d 684 (Tex. Crim. App. 2006). Counsel is advised that if he fails to comply with this order, the appeal will be abated for an abandonment hearing.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2016.



Keith E. Hottle
Clerk of Court